IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC HAFNER,

    Plaintiff,

v.                                4:23cv536–WS/MJF

STATE OF FLORIDA, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 19) docketed December 17, 2024. The magistrate judge recommends that Plaintiff's motion (ECF No. 18) to reopen his case be denied. Plaintiff has filed no objections to the report and recommendation.

The undersigned has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 19) is ADOPTED and incorporated by reference into this order.

2. Plaintiff's motion (ECF No. 18) to reopen his case is DENIED.

DONE AND ORDERED this __22nd__ day of __January__, 2025.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE